No. 67733.—American Bitumuls & Asphalt Co. et al. *v.* United States, protests 206148–K, etc. (Baltimore, Philadelphia, Boston, Bridgeport, Charleston, Galveston, Los Angeles, Mobile, Norfolk, Portland, Maine; Providence, San Francisco, Savannah, Tampa, Wilmington, and New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of crude petroleum, topped crude petroleum, or fuel oil derived from petroleum (including fuel oil known as gas) similar in all material respects to that the subject of *Esso Standard Oil Company* v. *United States* (48 Cust. Ct. 54, C.D. 2314), the claim of the plaintiffs was sustained as to 30 percent of the quantity of merchandise covered by the entries involved herein.